# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DRYELL ROY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA MENS COLONY EAST FACILITY, et al., <br><br> Defendants. | Case No. CV 06-3735-SVW (JEM) <br><br> **JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: March 30, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE